Jason R. Flanders (Bar No. 238007)
Erica A. Maharg (Bar No. 279396)
Aqua Terra Aeris Law Group
4030 Martin Luther King Jr. Way
Oakland, California 94609
Telephone: (510) 473-8793
Email: eam@atalawgroup.com

Daniel Cooper (Bar No. 153576)
Sycamore Law, Inc.
1004-B O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 360-2962
Email: daniel@sycamore.law

Christopher Len (Bar No. 257052)
Nicole C. Sasaki (Bar No. 298736)
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 735-9700
Facsimile: (510) 735-9160
Email: chris@baykeeper.org
Email: nicole@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MOUNTAIN VIEW, a municipality,<br><br>Defendant. | Civil Case No.: 5:20-cv-00826-EJD<br>*Related Case No. 5:20-cv-00824-EJD*<br><br>**[PROPOSED] ORDER TO CONSOLIDATE RELATED CASES FOR ALL PURPOSES EXCEPT FOR JUDGMENT**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*)** |

1  Pursuant to stipulation and for good cause shown, the Court consolidates this action with its
2  related case, *San Francisco Baykeeper v. Sunnyvale*, Case No. 5:20-cv-00826-EJD, for all purposes
3  except for judgment. The cases shall remain separate and distinct actions.
4  IT IS SO ORDERED.
5  Date:   July 13, 2020

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE