1  DOWNEY BRAND LLP
   MELISSA A. THORME (Bar No. 151278)
2  BRENDA C. BASS (Bar No. 306793)
   621 Capitol Mall, 18th Floor
3  Sacramento, CA 95814
   Telephone:   (916) 444-1000
4  Facsimile:   (916) 444-2100
   mthorme@downeybrand.com
5  bbass@downeybrand.com

6  *Attorneys for Defendants,*
   CITY OF SUNNYVALE and CITY OF MOUNTAIN VIEW
7
   JOHN A. NAGEL, City Attorney (Bar No. 164796)
8  CITY OF SUNNYVALE
   456 West Olive Avenue
9  Sunnyvale, CA 94086
   Telephone:   (408) 730-7464
10 jnagel@sunnyvale.ca.gov

11 *Attorneys for Defendant,*
   CITY OF SUNNYVALE
12
   KRISHAN CHOPRA (Bar No. 192032), City Attorney
13 MEGAN J. REEDY (Bar No. 288358), Senior Deputy City Attorney
   CITY OF MOUNTAIN VIEW
14 500 Castro Street
   Mountain View, CA 94041
15 Telephone:   (650) 903-6303
   Megan.Reedy@mountainview.gov
16
   *Attorneys for Defendant,*
17 CITY OF MOUNTAIN VIEW

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20                      SAN JOSE DIVISION

| | |
|---|---|
| 21  SAN FRANCISCO BAYKEEPER, a California non-profit corporation, | Case No. 5:20-CV-00824-EJD<br>*Consolidated Case No. 5:20-CV-00826-EJD* |
| 22 | |
| 23             Plaintiff, | **[PROPOSED]** ORDER GRANTING STIPULATION EXTENDING TIME TO EXCHANGE INITIAL DISCLOSURES |
| 24       v. | |
| 25  CITY OF SUNNYVALE, a municipality, | |
| 26             Defendant, and | |
| 27  CITY OF MOUNTAIN VIEW, a municipality, | |
| 28             Defendant. | |

(Note: "PROPOSED" is shown struck through.)

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation and good cause appearing, this Court orders as follows:

The time to exchange the Parties' initial disclosures pursuant to Federal Rule of Civil Procedure 26 shall be extended to 10 days after the Court's ruling on the Cities' Motions to Dismiss Pursuant to FRCP 12(b) or, Alternatively, Motion for Summary Judgment Under to FRCP 56, or November 2, 2020, whichever is earlier.

IT IS SO ORDERED

DATED:  Sept. 30      , 2020

_____
HON. EDWARD J. DAVILA